IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                              Case No.: 3:11cv228/WS/EMT

MARLIN RIFLE, SERIAL No. 71184750;
BROWNING RIFLE , SERIAL No. 5788NY7C7;
BROWNING RIFLE, SERIAL No. 137PM16689;
and
REMINGTON ARMS CO., INC. RIFLE
SERIAL No. 8437877,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the court on the United States' Motion for a Final Order of Forfeiture (doc. 23). Having reviewed the record, the court finds as follows:

    1.    On May 11, 2011, the United States filed a Civil Complaint seeking forfeiture of the following firearms pursuant to Title 18, United States Code, Section 924(d)(1):

    **A.**    **MARLIN RIFLE, SERIAL No. 71184750;**
    **B.**    **BROWNING RIFLE, SERIAL No. 5788NY7C7;**
    **C.**    **BROWNING RIFLE, SERIAL No. 137PM16689;**
    **D.**    **REMINGTON ARMS CO., INC. RIFLE, SERIAL No. 8437877.**

    2.    The Government represents that a Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for thirty (30) consecutive days beginning May 18, 2011, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions (doc. 23 at 3–4).

    3.    The United States also served actual notice of the existence of the instant forfeiture action on Floyd Scott Mooney and Floyd Ellis Mooney.

4. Floyd Ellis Mooney initially filed a Claim and Answer claiming the firearms were owned by him (doc. 7), but on August 30, 2011, he withdrew his claim by filing a "Motion to Dismiss Claim" (doc. 20).

6. On September 1, 2011, this court entered an order dismissing Floyd Ellis Mooney's claim (doc. 21).

7. The Government represents that no other claims or petitions have been filed for the property described in the complaint, and the time for filing petitions has now expired.

8. The facts and circumstances as set out in the Affidavit filed by the United States (doc. 1, exh. 1) demonstrate sufficient grounds for forfeiture.

Accordingly, it is respectfully **RECOMMENDED** that:

1. No person or entity having established that they have any legal right, title or interest in the defendant property, the defendant property: **MARLIN RIFLE, SERIAL No. 71184750; BROWNING RIFLE, SERIAL No. 5788NY7C7; BROWNING RIFLE, SERIAL No. 137PM16689;** and **REMINGTON ARMS CO., INC. RIFLE, SERIAL No. 8437877**, be forfeited to the United States of America; and

2. All rights, title and interest to the defendant property described herein be hereby condemned, forfeited and vested in the United States of America.

**DONE AND ORDERED** this 19th day of September 2011.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only**.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).