IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        3:11cv228-WS

MARLIN RIFLE, SERIAL No. 71184750;
BROWNING RIFLE, SERIAL No. 5788NY7C7;
BROWNING RIFLE, SERIAL No. 137PM16689;
and REMINGTON ARMS CO, INC., RIFLE,
SERIAL No. 8437877,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 24) docketed September 19, 2011.  The magistrate judge recommends that the defendant property be forfeited to the United States of America.  No objections to the magistrate judge's report and recommendation have been filed.

The court has reviewed the record and has determined that the magistrate judge's report and recommendation should be adopted.  Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation (doc. 24) is hereby ADOPTED and incorporated by reference in this order.

2. The plaintiff's motion (doc. 23) for issuance of a final order of forfeiture as to all persons and entities is GRANTED.

3. The defendant property — MARLIN RIFLE, SERIAL No. 71184750; BROWNING RIFLE, SERIAL No. 5788NY7C7; BROWNING RIFLE, SERIAL No. 137PM16689; and REMINGTON ARMS CO, INC., RIFLE, SERIAL No. 8437877 — is forfeited to the United States of America.

4. All rights, title, and interest to the defendant property described above are hereby forfeited and vested in the United States of America.

5. The clerk shall enter judgment stating: "The defendant property is forfeited to the United States of America."

DONE AND ORDERED this      20th      day of      October     , 2011.


          s/ William Stafford
          WILLIAM STAFFORD
          SENIOR UNITED STATES DISTRICT JUDGE